# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00766-CV

### F. S. H., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-12-001659, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant F.S.H. filed his notice of appeal on November 15, 2013. The appellate record was complete December 2, 2013, making appellant's brief due December 23, 2013. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than January 17, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 3, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose